236 So.2d 495

**STATE of Louisiana**

**v.**

**Lorene KNOX.**

No. 50521.

June 26, 1970.

Writs refused. We find no error of law in the rulings complained of.